**CERTIFICATE OF SERVICE**

     I hereby certify that on the date below I served a copy of the foregoing on the following person by hand-delivery:

          Andrew M. Schwartz, Esquire
          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN
          1845 Walnut Street
          Philadelphia, PA 19103

Date: August 1, 2002                        _____
                                             David A. Searles